IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: MARK EDWARD ROMEREIM ) Case no. 08-10211
JULIE LYNN ROMEREIM ) Chapter 13
)

FILED AT WICHITA, KS
JUN 17 2009
CLERK
U.S. Court of Bankruptcy
_____Deputy

TRUSTEE'S REPORT TO COURT
OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
| --- | --- | --- |
| REFUND | DEBTORS | 3712.76 |

The case has been dismissed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 327410, in the amount of $3,712.76, payable to the Clerk of the Bankruptcy Court.

LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Trustee's Report To Court Of Undeliverable Funds was deposited in the United States mail, postage prepaid, on June 16, 2009, properly addressed to each of the following:

TODD M ALLISON
ATTORNEY FOR DEBTOR(S)
301 N MAIN SUITE 1600
WICHITA KS 67202

MARK EDWARD ROMEREIM
JULIE LYNN ROMEREIM
217 S ONEWOOD DR
ANDOVER KS 67002-8815

Rene Hendricks, Office Administrator

```
UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

  # 00125858 - MB
   June 17, 2009    0

  Code    Case #    Qty     Amount

  UNCLAIM  08-10211          3,712.76 CH
    Debtor - ROMEREIM


  TOTAL#    3,712.76


  FROM: LAURIE B. WILLIAMS
        225 N MARKET STE 310
        WICHITA KS67202
```